Order entered October | | , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00196-CR

### ERIC KEITH SCOTT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the County Court at Law No. 6
### Collin County, Texas
### Trial Court Cause No. 006-85362-2011

## ORDER

The clerk's and reporter's records are overdue in this appeal. We received correspondence from both the Collin County Clerk and court reporter Jennifer Corley that appellant has not requested or paid for the record. Accordingly, we **ORDER** the trial court to make findings of fact regarding whether appellant has been deprived of the clerk's and reporter's records because of ineffective counsel, indigence, or for any other reason.

o The trial court shall first determine whether appellant desires to prosecute the appeal. If the trial court determines that appellant does not desire to prosecute this appeal, it shall make a finding to that effect.

o If the trial court determines that appellant desires to prosecute the appeal, it shall next determine whether appellant is indigent and entitled to proceed without payment of costs for the clerk's and reporter's records. If appellant is entitled to proceed without payment of costs, the trial court shall make a finding to that effect. Moreover, if appellant is indigent, the trial court is **ORDERED** to take

such measures as may be necessary to assure effective representation, which may include appointment of new counsel. If the trial court finds appellant is not indigent, it shall determine whether retained counsel has abandoned the appeal.

o The trial court shall next determine: (1) the name and address of each court reporter who recorded the proceedings in this cause; (2) the court reporter's explanation for the delay in filing the reporter's record; and (3) the earliest date by which the reporter's record can be filed.

o The trial court shall next determine the clerk's explanation for the delay in filing the clerk's record and the date by which the record can be filed.

We **ORDER** the trial court to transmit a supplemental record, containing the written findings of fact, any supporting documentation, and any orders, to this Court within **THIRTY**

**DAYS** of the date of this order.

The appeal is **ABATED** to allow the trial court to comply with this order. It shall be reinstated thirty days from the date of this order or when the supplemental record is received, whichever is earlier.

_____
LANA MYERS
JUSTICE